In the Matter of the Claim of LYNN WILSON, Respondent, against TOWN OF COVERT and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILLIAM NICHOLS, Respondent, against CENTRAL ISLIP STATE HOSPITAL and THE STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs against the appellant The State Insurance Fund. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by JAMES R. KNOWLSON, Claimant. FRIEDA S. MILLER, Appellant; MATTON STEAMBOAT CO., INC., and CONNORS MARINE CO., INC., Respondents.— This is an appeal by the Industrial Commissioner of the State from a decision of the Unemployment Insurance Appeal Board. The claimant was employed as an engineer on a tugboat, documented under the laws of the United States, and used in towing oil tankers and barges over the Hudson river and the Barge canal between New York and Buffalo. The claimant was a member of a crew of a vessel on navigable waters of the United States and his employment was exempt from the provisions of the New York State Unemployment Insurance Law. Decision of the Appeal Board unanimously affirmed, with costs against the State Industrial Commissioner. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.